FILED
MAR 24 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR

THE DISTRICT OF COLUMBIA

SAMMIE JONES
General Delivery
900 Brentwood Dr NE
W DC 20090
No Telephone
(US)

THE UNITED STATES OF AMERI ~~et al~~

Case: 1:08-cv-00500
Assigned To : Kennedy, Henry H.
Assign. Date : 3/24/2008
Description: Civil Rights-Non. Employ.

JURY ACTION

# COMPLAINT

1. SAMMIE JONES IS THE PLAINTIFF IN THIS CAUSE OF ACTION AND RECEIVES MAIL AT GENERAL ~~DES~~ DELIVERY 900 BRENTWOOD DR., NE WASHINGTON, DC 20090. THERE IS NO TELEPHONE.

2. THE DEFENDANTS, ON THE DAY OF FILING, ARE THE SUPREME COURT SECURITY AND THE ARRESTING OFFICERS. BOTH ARE LOCATED AT THE UNITED STATES SUPREME COURT 1 FIRST ST., NE WASHINGTON, D.C. 20543 (202) 479-9300. ONE ARRESTING OFFICER NAME IS MARTIN WITH BADGE NO. 320. NAME OF SECOND OFFICER TO BE PROVIDED FOLLOWING DISCOVERY.

3. THE CAUSES OF ACTION ARE VIOLATION OF FREEDOM OF SPEECH, INJURY TO A PRISONER IN CUSTODY, 42 U.S.C. § 1983, VIOLATION OF DUE PROCESS OF LAW.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
RECEIVED
MAR 12 2008

1

[SAMMIE JONES VS THE U.S. + et al]
COMPLAINT

4. A JURY TRIAL IS REQUESTED.

5. A JURISDICTIONAL PLEA WAS SUBMITTED WITH THIS COMPLAINT. PLAINTIFF IS REQUESTING THAT THE JURISDICTIONAL PLEA BE DECIDED AFTER THE MOTION AND DOCUMENTATION TO PROCEED IN FORMA PAUPERIS IS GRANTED.

6. RELIEF REQUESTED ARE WHATEVER THE RELIEFS ARE OUTLINED IN THE CIVIL RIGHTS ACT OF 1870 AND WHAT THE LAW ALLOWS IN CASES LIKE THESE.

7. STATEMENT OF FACTS:
WHILE PLAINTIFF HAD CONCLUDED BUSINESS AT THE SUPREME COURT, HE WAS LEAVING THE BUILDING AND SAW A RELIGIOUS GROUP CARRYING SIGNS AND TAKING PICTURES. PLAINTIFF DECIDED TO ASK THE GROUP IF THERE WAS A REPORTER IN THE CROWD. AFTER SEVERAL REQUESTS, ANOTHER GROUP CAME MARCHING, PLAINTIFF ASKED AGAIN IF THERE WAS A REPORTER IN THE CROWD. THIS STATEMENT WAS ADDED THAT "HE WAS TIRED OF HIS CIVIL RIGHTS BEING VIOLATED AND NOTHING BEING DONE ABOUT IT." IT WAS AFTER THIS STATEMENT

[SAMMIE JONES VS. THE U.S.A. Y et al]

that Security approached the plaintiff and told him to be quiet. That is a direct quote. Plaintiff responded with that he has freedom of speech. So the plaintiff continued to ask, "Is there a news reporter in the groups. People took pictures but no one responded if he/she was a news reporter. When security saw that a large crowd had gathered, plaintiff was told to be quiet. At this point, plaintiff responded, You are violating my freedom of speech and I am not going to stop. Plaintiff told security that "If you do not like what I am doing, either arrest me or let me alone!". Plaintiff was arrested. The rest of the situation, plaintiff would prefer to write briefs to inform this court of the abuses that took place following plaintiff being handcuff in front of the U.S. Supreme Court.

Sammie Jones  3/12/2008

8. DECLARATION OF STATEMENT

I DECLARE, UNDER THE PENALTY OF PERJURY, THAT THE STATEMENTS MADE IN THIS CAUSE OF ACTION ARE TRUE AND COMPLETE, THE PART OF THE STATEMENT WHERE PLAINTIFF REQUESTS TO SUBMIT ON BRIEFS HAVE NOT BEEN STATED. BUT, ONCE STATED I WILL DECLARE THOSE BRIEFS JUST AS I DECLARE THIS STATEMENT, TO THE BEST OF MY KNOWLEDGE AND REMEMBRANCE.

Sammie Jones  3/12/2008
General Delivery
900 Brentwood DR., NE
Washington, DC 20090
No telephone

UNITED STATES DISTRICT COURT

FOR

THE DISTRICT OF COLUMBIA

SAMMIE JONES

(vs)          CIVIL ACTION NO. ____

THE UNITED STATES OF AMERICA,
et al

JURISDICTIONAL PLEA

TO THE HONORABLE FEDERAL JUDGE:

PLAINTIFF, SAMMIE JONES, FILES THIS JURISDICTIONAL PLEA FOR THIS HONORABLE JUDGE TO DETERMINE IF THE CAUSE OF ACTION WOULD BE FILED IN THIS COURT OR THE UNITED STATES SUPREME COURT. THE REASONS ARE AS FOLLOWING:

(1) SAMMIE JONES IS A RESIDENT OF THE STATE OF TEXAS AND WISHES TO KEEP IT THAT WAY;

RECEIVED
MAR 12 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page 2

[SAMMIE JONES VS. THE UNITED STATES + AL]

(2) SAMMIE JONES ARRIVED IN WASHINGTON, DC IN NOVEMBER, 2007 TO GET RELIEF FROM CIVIL RIGHTS VIOLATIONS;

(3) IN THE COURSE OF TAKING CARE OF THOSE VIOLATIONS, MORE CIVIL RIGHTS VIOLATIONS WERE COMMITTED BY VARIOUS FEDERAL, STATE, AND INDIVIDUALS AGENCIES;

(4) ONE OF THE MOST CRITICAL VIOLATION OCCURRED AT THE UNITED STATES SUPREME COURT ON OR ABOUT MARCH 19, 2008. PLAINTIFF WAS EXERCISING HIS CONSTITUTIONAL RIGHT OF FREEDOM OF SPEECH. HE WAS ARRESTED AND TORTURED BY THE SECURITY OF THE U.S. SUPREME COURT THAN TAKEN TO HOWARD HOSPITAL, VIA NORTH CAPITOL TO SILVER SPRINGS, MD TO HOWARD HOSPITAL AND

Page 3

[SAMMIE JONES vs. THE UNITED STATES Y AL]

PLAINTIFF IS STILL FEELING PAIN IN HIS BODY FROM THE TORTURE;

(5) PLAINTIFF WAS JAILED IN DC JAIL, WHICH PLAINTIFF BELIEVES WAS NOT THE RIGHT FACILITY TO HOUSE PLAINTIFF. PLAINTIFF WAS BROUGHT TO COURT ON DISORDERLY CONDUCT CHARGES AND WAS FORCED TO HAVE A PUBLIC DEFENDER ATTORNEY TO REPRESENT HIM. PLAINTIFF WAS GIVEN A STAY AWAY ORDER FROM THE U.S. SUPREME COURT;

(6) PLAINTIFF BELIEVES THAT THE DISTRICT OF COLUMBIA HAS NO JURISDICTION OVER HIM. PLAINTIFF BELIEVES THAT IF ANY COURT HAS JURISDICTION, IT IS THE SUPREME COURT;

(7) PLAINTIFF SUBMITS THIS CAUSE OF ACTION TO THIS COURT BECAUSE OF THE VIOLATIONS OF CIVIL RIGHTS THAT HAVE OCCURRED IN

Page 4

[SAMMIE JONES VS THE U.S. + AL]

THIS JURIDICTION. HOWEVER, BEING A CITIZEN OF THE UNITED STATES BUT A RESIDENT OF TEXAS, PLAINTIFF EVEN QUESTIONS THIS COURT TO HEAR PLAINTIFF'S GRIEVANCES THAT THE UNITED STATES CONSTITUTION SAYS THAT PLAINTIFF HAS A RIGHT TO REDRESS FOR VIOLATIONS OF HIS CONSTITUTIONAL RIGHTS.

PLAINTIFF RESPECTFULLY REQUESTS THAT THIS HONORABLE JUDGE DECIDES THIS JURISDICTIONAL PLEA.

*Sammie Jones*    3/12/2008

GENERAL DELIVERY

900 BRENTWOOD DR., NE

WASHINGTON, DC 20090

No Telephone

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

08-500
HHK

## I (a) PLAINTIFFS

Sammie Jones

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 11001
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (N|P)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS

USA

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:08-cv-00500
Assigned To : Kennedy, Henry
Assign. Date : 3/24/2008
Description: Civil Rights-Non. Employ.

JURY ACTION

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☒ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☒ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐    DEMAND $ 0    Check YES only if demanded in complaint    JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    ☐ YES ☒ NO    If yes, please complete related case form.

DATE 3/24/08    SIGNATURE OF ATTORNEY OF RECORD    NCD

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.