# UNITED STATES DISTRICT COURT

District of  COLUMBIA

FILED
MAR 2 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SAMMIE JONES

Plaintiff

V.

THE UNITED STATES OF AMERICA, et al

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 08 0500

I, Sammie Jones , declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant/respondent  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   On or about 7/2004  LABOR READY Houston, TX About $40.00 one time assignment

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends             ☒ Yes   ☐ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☒ No
   d. Disability or workers compensation payments      ☐ Yes    ☒ No
   e. Gifts or inheritances                            ☐ Yes    ☒ No
   f. Any other sources                                ☒ Yes   ☐ No

RECEIVED
MAR 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

AO 240 Reverse (Rev. 10/03)

RENT PAYMENT — HAS APARTMENT IN TEXAS, HUD PAYS RENT

Interest/Dividend — RECENTLY LEARNED THAT A $5.00 check was sent to me, I do not know why it just started.

Any other sources — people give me money for food, etc. from time to time... I do not know when someone will give me money.

4. Do you have any cash or checking or savings accounts?  ☒ Yes  ☐ No

   If "Yes," state the total amount. about $4.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☒ Yes  ☐ No

   If "Yes," describe the property and state its value.
   Stock in VERIZON that generates $5.00/QTR.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   Sammie Jones  Self

I declare under penalty of perjury that the above information is true and correct.

March 12, 2008                    Sammie Jones
Date                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
|  | Rosemary M. Collyer   3/18/08 |
| United States Judge   Date | United States Judge   Date |

UNITED STATES DISTRICT COURT
FOR
DISTRICT OF COLUMBIA

SAMMIE JONES
        (VS)                              CIVIL ACTION NO. ___
THE UNITED STATES OF AMERICA,
~~et al~~

MOTION TO PROCEED IN FORMA PAUPERIS

TO THE HONORABLE FEDERAL JUDGE:

PLAINTIFF RESPECTFULLY REQUESTS THAT THIS MOTION TO ALLOW PLAINTIFF TO USE GENERAL DELIVERY AS A MAILING ADDRESS FOR COURT PROCEEDING AND JURISDICTIONAL PLEA AND ANY OTHER COURT PROCEEDINGS BE PAID FOR BY THE UNITED STATES. PLAINTIFF IS DESTITUTE AND HAVE MANY GRIEVANCES THAT THE U.S. CONSTITUTION STATES THAT PLAINTIFF HAS A RIGHT TO ADDRESS THOSE GRIEVANCES AND PROVIDE REDRESS. PLEASE GRANT THIS MOTION.

*Sammie Jones*   3/12

General Delivery
900 Brentwood Dr., NE
WDC 20090

RECEIVED
MAR 12 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT