United States District Court

for

The District of Columbia

*granted R.M. Collyer 3/18/08*

**FILED**
MAR 24 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Sammie Jones

(vs)

The United States of America ~~et al~~

CIVIL ACTION 08 0500

Motion to Allow Plaintiff to use General Delivery as a Mailing Address for Court Proceeding

To the Honorable Federal Judge:

Plaintiff respectfully requests this court to allow him to use General Delivery 900 Brentwood Dr. NE Washington, DC 20090 as his mailing address for this cause of action and any more to follow if that be the case.

Plaintiff respectfully requests for the granting of this motion.

*Sammie Jones* 3/12/2008

General Delivery
900 Brentwood Dr., NE
Washington, DC 20090
No Telephone

**RECEIVED**
MAR 12 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3