THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

THE DISTRICT OF COLUMBIA

08 0500

SAMMIE JONES

VS.

THE UNITED STATES OF AMERICA

MOTION FOR AN EMERGENCY HEARING

TO THE HONORABLE CHIEF JUDGE
OF THIS COURT:

PLAINTIFF IS EXPERIENCING DOMESTIC VIO-LENCES. ON FRIDAY, 3/14/2008, PLAINTIFF OB-SERVED SEVERAL MALES APPEARING TO BE AFRICAN-AMERICANS COMING UP TO HIS PLACE OF SLEEPING. THEY CARRIED JIM BAGS, SOME-TIMES REFERRED TO AS DUFFLE BAGS. THEY SEEMED TO APPROACH THE SLEEPING AREA VERY CAUTIOUSLY. THEY PULLED THE PLASTIC COVER-ING THE SLEEPING AREA, BECAUSE IT WAS RAIN-

4

[MOTION FOR AN EMERGENCY HEARING]

ING. THEY REACHED INTO THEIR BAGS AND THEN REMOVED THEIR HANDS. THEY LEFT AFTER PLACING THE PLASTIC BACK OVER THE SLEEPING AREA. PLAINTIFF WAS NOT IN THE SLEEPING AREA BUT WAS WATCHING FROM A DISTANCE. PLAINTIFF WAS EARLIER ~~PLAINTIFF WAS BEING~~ FOLLOWED BY TWO (2) AFRICAN-AMERICAN FEMALES IN A VEHICLE WITH LICENSE PLATE NUMBER: BRE 8289 ON MICHIGAN LICENSE PLATE. PLAINTIFF HAD NEVER SEEN THESE TWO FEMALES BEFORE. AFTER SEEING THE SLEEPING AREA BEING SEARCHED, PLAINTIFF STAYED HIS DISTANCE. THEN, THE MEN LEFT. ABOUT TEN (10) OR FIFTEEN (15) MINUTES LATER, ONE (1) AFRICAN-AMERICAN LOOKING MALE LAID DOWN ON A BENCH ABOUT FIVE (5) FEET AWAY FROM WHERE PLAINTIFF USUALLY

[MOTION FOR AN EMERGENCY HEARING]

SLEEPS. WHEN HE LAID DOWN FLAT, NO ONE COULD SEE HIM. PLAINTIFF LEFT THE AREA FOR A WHILE, BUT RETURN TO SEE NO ONE AROUND HIS SLEEPING AREA NOR ON THE BENCH ABOUT FIVE (5) FEET AWAY FROM HIS SLEEPING AREA. PLAINTIFF WENT TO POLICE STATION ON INDIANA AVE., NW AND REQUESTED TO SEE TWO (2) POLICE OFFICERS THAT WOULD NORMALLY BE ON DUTY. THEY WERE NO WHERE TO BE FOUND, SO PLAINTIFF LEFT. UPON RETURNING TO HIS VIEW POINT, PLAINTIFF OBSERVED MORE AFRICAN-AMERICAN MALES AROUND HIS SLEEPING AREA. THEY appear TO BE YOUNGER THAN BEFORE. THERE WAS A BLACK SUV PARKED IN THE STREET. PLAINTIFF ASKED THE MEN, "WHAT DID THEY WANT WITH HIM?". THE MEN RUSHED OFF IN SEVERAL DIRECTIONS. PLAINTIFF CHOSE TO FOLLOW ONE OF THE MEN. THEY ALL MET UP AT ONE SPOT, EVEN THE FIRST SET OF MEN. PLAINTIFF GOT CLOSE ENOUGH TO SEE WHO THEY WERE. PLAINTIFF DID NOT RECOGNIZE ANY OF THEM. THEY HAD long BRAIDED HAIR, SOMEWHAT OF WHAT A JAMAICAN HAS. THEY LEFT THAT AREA AND SOME OF

[MOTION FOR AN EMERGENCY HEARING]

THEM WENT BACK AND GOT INTO A BLACK SUV WITH LICENSE PLATE NUMBER: 00959 M 7 ON MARYLAND LICENSE PLATE. FROM THAT TIME UNTIL SATURDAY, 3/15/2008, PLAINTIFF RESTED. AT ABOUT 3:30 PM - 4:30 PM, PLAINTIFF RECOGNIZED SEVERAL OF THE MEN. THEY WALKED PASS WHILE WITH FEMALES AND CHILDREN. AT ABOUT 5:00 PM - 5:30 PM, THEY WALKED PASSED PLAINTIFF AGAIN, THIS TIME, THEY WALKED TO THE FEDERAL TRADE COMMISSION ENTRANCE WHERE THE ART WORK OF A MAN STRUGGLING WITH A HORSE. THEN, A TALL AFRICAN-AMERICAN LOOKING MALE APPEARED. HE WAS DRESSED AS THEY WERE THE FRIDAY NIGHT. HE ACTED AS IF HE WAS TALKING TO SOMEONE. SO, PLAINTIFF TOLD HIM, "TO COME ON AND KICK HIS ASS". PLAINTIFF THEN WALKED TO THE OTHER END OF THE AREA TO SEE WHO HE WAS TALKING TO. WHEN PLAINTIFF ARRIVED AT THE OPPOSITE END, THE TALL MAN APPEARED. PLAINTIFF AND MAN GOT INTO A CONVERSATION. BUT STOPPED. PLAINTIFF TURNED TO WALK AWAY. THEN, THE TALL MAN YELLED AT PLAINTIFF AND THEN JUMPED DOWN TO WHERE

Page 5

[MOTION FOR AN EMERGENCY HEARING]

PLAINTIFF WAS. A FIGHT OCCURRED. AFTER FIGHT WAS OVER, PLAINTIFF WENT TO HOWARD HOSPITAL EMERGENCY ROOM FOR TREATMENT.

Ever since, THERE HAVE BEEN MEN AND WOMEN, BOTH YOUNG AND OLD, THAT HAVE BEEN IN CONSTANT CONTACT WITH PLAINTIFF. PLAINTIFF CONTACTED DC POLICE ON SUNDAY, 3/16/2008. DC POLICE, AFTER HEARING MY STATEMENT, DECIDED THAT PLAINTIFF STARTED THE WHOLE INCIDENT BY TELLING THE TALL MAN TO COME ON AND KICK MY ASS. WHEN PLAINTIFF REMINDER THE POLICE OFFICER ABOUT FRIDAY NIGHT SITUATION, THE POLICE OFFICER SAID THAT PLAINTIFF DID NOT KNOW WHAT WAS IN THOSE JIM BAGS, THEY COULD HAVE BEEN OFFERING PLAINTIFF MONEY. PLAINTIFF HAS CONTACTED DC POLICE WITH NO RESPONSES ON DC POLICE. PLAINTIFF EVEN REQUESTED THE MANAGER AT MCDONALD'S TO CONTACT DC POLICE FOR PLAINTIFF WITHOUT GETTING A RESPONSE.

THEREFORE, THE U.S. CONSTITUTION STATES:
"The Citizens of each State shall be entitled to all Privileges and immunities of Citizens in the several States."; ARTICLE IV, Section 2, CLAUSE 1.;

[MOTION FOR AN EMERGENCY HEARING]

IT ALSO STATES:
"To make all Laws which shall be necessary and proper for carrying into Execution the foregoing Powers, and all other Power vested by this Constitution in the Government of the United States, or in any Department or officer thereof."; Section 8, Clause 18 of ARTICLE I.;

IT ALSO STATES:
"To defend and punish Piracies and Felonies committed on the High Seas, and Offenses against the Law of Nations."; Section 8, CLAUSE 10 OF ARTICLE I.;

IT ALSO STATES:
"The Congress shall have Power To lay and collect Taxes, Duties, Imposts and Excises, to pay the Debts and provide for the Common Defence and general Welfare of the United States; but all Duties, Imposts and Excises shall be uniform throughout the United States."; Section 8, Clause 1 of ARTICLE I.;

IT STATES THAT:
"The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the

[MOTION FOR AN EMERGENCY HEARING]

Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence."; Section 4 of ARTICLE IV;

It STATES THAT:

"This Constitution, and the laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, SHALL BE THE SUPREME LAW OF THE LAND; AND THE JUDGES IN EVERY STATE SHALL BE BOUND THEREBY, any Thing in the Constitution or Laws of any State to the Contrary NOTWITHSTANDING."; Section 1, Clause 2 of ARTICLE VI.

PLAINTIFF IS AN AMERICAN CITIZEN BY BEING BORN IN THE UNITED STATES AND RESIDES IN THE STATE OF TEXAS ALTHOUGH PLAINTIFF HAS BEEN IN WASHINGTON, DC SINCE NOVEMBER 2007. ACCORDING TO THE 14th AMENDMENT TO THE U.S. CONSTITUTION, PLAINTIFF IS A U.S. CITIZEN entitled TO ALL Laws, etc.

THEREFORE, PLAINTIFF RESPECTFULLY REQUESTS AN EMERGENCY HEARING AND PRAYS THAT THIS HONORABLE

JUDGE AND COURT WILL GRANT THIS MOTION AND PROVIDE THE NECESSARY REDRESS FOR THIS REQUEST.

Sammie Jones  3/18/2007
GENERAL DELIVERY
900 BRENTWOOD DR., NE
WASHINGTON, DC 20090

## CERTIFICATE OF SERVICE

I declare, UNDER THE PENALTY OF PERJURY, THAT I HAND-DELIVERY THIS MOTION, "MOTION FOR AN EMERGENCY HEARING", TO THE COURT CLERK THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA WASHINGTON, DC.

Sammie Jones  3/18/2007
General Delivery
900 Brentwood Dr., NE
Washington, DC 20090
No telephone.