THE UNITED STATES DISTRICT COURT

FOR

THE DISTRICT OF THE DISTRICT OF COLUMBIA

SAMMIE JONES

vs.   CIVIL ACTION NO. 08 0500

THE UNITED STATES OF AMERICA

MOTION TO RECOVER PRIVATE PROPERTY

TO THE HONORABLE FEDERAL JUDGE:

PLAINTIFF FILES THIS MOTION TO RECOVER PROPERTY THAT HE HAD WHEN HE WAS ARRESTED, BUT NO LONGER HAS NOW AFTER HIS RELEASE FROM JAIL.

MISSING PROPERTIES ARE AS FOLLOWS:

(1) A FREE BUS PASS THAT WAS GOOD FOR ONE (1) RIDE;

(2) VERY SOILED SOCKS. THERE

FILED
MAR 24 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
MAR 18 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

[MOTION TO RECOVER PRIVATE PROPERTY]

WERE TWO (2) PAIRS OF SOCKS WORN. ONE PAIR WAS WORN ON TOP OF THE OTHER. IT IS THIS PAIR OF SOCKS THAT PLAINTIFF CAN'T FIND;

(3) ONE (1) PAIR OF UNDERWEAR, BRIEF, THAT WAS VERY SOILED;

(4) PLAINTIFF HAD WRITTEN ROUGH DRAFTS OF INCIDENTS THAT HE HAS SUFFERED AT THE HANDS OF THE DISTRICT OF COLUMBIA GOVERNMENT EMPLOYEES AND OTHERS. PLAINTIFF CAN'T FIND SOME OF THE ROUGH DRAFTS;

(5) THERE MAY BE OTHER PROPERTY MISSING. PLAINTIFF WON'T KNOW UNTIL

[MOTION TO RECOVER PRIVATE PROPERTY]

A NEED FOR THAT PARTICULAR SOMETHING COMES UP AND HE REMEMBERS THAT IT WAS WITH HIM BEFORE HE WAS ARRESTED. SO, PLAINTIFF CAN'T STATE A CLAIM THAT IT IS MISSING NOW.

PLAINTIFF BELIEVES THAT HIS PERSONAL PRIVATE PROPERTY WAS SEEN AND READ BY THOSE WHO ARRESTED HIM AND THE INDIVIDUALS THAT WERE MENTIONED IN THE ROUGH DRAFTS HAVE BEEN NOTIFIED.

## DISCUSSION

WHEN PLAINTIFF WENT TO THE U.S. SUPREME COURT TO INFORM THE COURT THAT THE MAILING THAT THE COURT TOLD PLAINTIFF WOULD BE

PAGE 4

[MOTION TO RECOVER PRIVATE PROPERTY]

SENT TO HIM HAD NOT BEEN SENT, PLAINTIFF RECOGNIZED SIMILAR BEHAVIOR THAT HE HAD A ROUGH DRAFT ABOUT. PLAINTIFF ALSO EXPERIENCE ANOTHER SIMILAR BEHAVIOR WHEN HE TRIED TO ENTER THIS COURT TO FILE THE ORIGINAL COMPLAINT THAT WAS WRITTEN ABOUT IN A ROUGH DRAFT.

    PLAINTIFF RESPECTFULLY REQUESTS FOR THIS MOTION TO BE GRANTED, BECAUSE PLAINTIFF HAS A RIGHT TO HIS PROPERTY OR TO BE COMPENSATED FOR IT.

*Sammie Jones*  3/18/2008
GENERAL DELIVERY
900 BRENTWOOD DR., NE
WASHINGTON, DC 20090
No Telephone.

[MOTION TO RECOVER PRIVATE PROPERTY]

## CERTIFICATE OF SERVICE

I declare, UNDER THE PENALTY OF PERJURY, THAT I HAND-DELIVERED THIS MOTION, "MOTION TO RECOVER PRIVATE PROPERTY", on 3/18/2008 TO THE COURT CLERK, THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA IN WASHINGTON, DC.

Sammie Jones  3/18/2008

GENERAL DELIVERY
900 BRENTWOOD DR., NE
WASHINGTON, DC 20090
No Telephone.