THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

THE DISTRICT OF COLUMBIA

SAMMIE JONES

VS

THE UNITED STATES OF AMERICA

CIVIL ACTION NO. 1:08-cv-00500 HHK

PRESIDING FEDERAL JUDGE: THE HONORABLE HENRY H. KENNEDY

STATUS

TO THE HONORABLE FEDERAL JUDGE HENRY H. KENNEDY:

PLAINTIFF RESPECTFULLY REQUESTS A STATUS OF THIS ACTION AND A CALENDAR OR SCHEDULE THAT WILL BE USED TO LITIGATE THIS ACTION.

Sammie Jones  4/7/2008
GENERAL DELIVERY
900 BRENTWOOD DR., N.E.
WASHINGTON, D.C. 20090
No Telephone

RECEIVED
APR - 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page 2
(S.J. vs. U.S.A. : 1:08-cv-00500 HHK)

## DECLARATION OF SERVICE

I DECLARE, UNDER THE PENALTY OF PERJURY, THAT I HAND-DELIVERED THIS MOTION, "STATUS", TO THE UNITED STATES DISTRICT COURT 333 CONSTITUTION AVE., N.W. WASHINGTON, D.C. ON THE 7th day OF APRIL 2008.

Sammie Jones   4/7/2008

GENERAL DELIVERY
900 BRENTWOOD DR., N.E.
Washington, D.C. 20090
No Telephone

RECEIVED 2008 APR -7 AM 10:50 US DISTRICT & BANKRUPTCY COURT