THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

THE DISTRICT OF COLUMBIA

SAMMIE JONES

VS

THE UNITED STATES OF AMERICA

C.A. No.: 1:08-cv-500 HHK

REPORT TO THE COURT

TO FEDERAL JUDGE HENRY H. KENNEDY:

PLAINTIFF, SAMMIE JONES, WISHES TO INFORM THIS COURT OF THE VIOLATIONS OF HIS CIVIL RIGHTS AND RESPECTFULLY REQUESTS THAT THE VIOLATIONS STOP AND AT A LATER DATE, PLAINTIFF WISHES TO FILE A CIVIL SUIT FOR DAMAGES.

THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA AND THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA ARE HOUSED IN THE SAME BUILDING. PLAINTIFF HAS HAD CASES IN BOTH COURTHOUSES AND PLAINTIFF HAS EXPERIENCED SIMILAR TREATMENT. HOWEVER, THE SIMILAR TREATMENT STOPPED WHEN PLAINTIFF SENT A REPORT TO THE COURT TO THE

RECEIVED
APR 15 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page 2
(Report to the Court
HHK-1:08-CV-500)

Chief Judges of the United States District Court and the Court of Appeals.

Ever since plaintiff filed a civil suit against the Supreme Court Security, plaintiff has received derogatory treatments from the courthouse security and others.

This courthouse is a public facility and American citizens, myself included, have access to public facilities according to the United States Constitution and laws, treaties, etc. passed by the United States Congress.

Therefore, plaintiff respectfully requests that these derogatory treatments that the courthouse security is doing — be stopped immediately.

Sammie Jones  4/15/2008

Page 3
(REPORT TO THE COURT)
(HHK-1:08-CV-500)

GENERAL DELIVERY
900 BRENTWOOD DR., N.E.
Washington, D.C. 20090

## CERTIFICATE OF SERVICE

I DECLARE, UNDER THE PENALTY OF PERJURY, THAT ON 4/15/2008 THAT I HAND-DELIVERED, "REPORT TO THE COURT", TO THE COURT CLERK UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA WDC.

*Sammie Jones*     4/15/2008.

GENERAL DELIVERY
900 BRENTWOOD DR., N.E.
WDC 20090
No telephone