THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

THE DISTRICT OF COLUMBIA

SAMMIE JONES

        VS        C.A. #: 1:08-CV-500 HHK

THE UNITED STATES OF AMERICA

MOTION TO RULE ON JURISDICTIONAL PLEA

TO FEDERAL JUDGE HENRY H. KENNEDY:

PLAINTIFF, SAMMIE JONES, FILED A JURISDICTIONAL PLEA ALONG WITH THE ORIGINAL COMPLAINT, MOTION TO PROCEED IN FORMA PAUPERIS, MOTION TO USE POST OFFICE BOX, GENERAL DELIVERY, AS A MAILING ADDRESS, MOTION TO RECOVER PRIVATE PROPERTY CAME LATER, WITH A FILE DATE OF 3/24/08.

PLAINTIFF RESPECTFULLY REQUESTS THAT THE HONORABLE FEDERAL JUDGE MAKES A RULING ON THE JURISDICTIONAL PLEA.

RECEIVED
APR 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page 2
(HHK – 1:08-cv-500)

MOTION IS GRANTED ___ OR DENIED ___

ON DATE _____

THE HONORABLE FEDERAL JUDGE'S SIGNATURE

_____

*Sammie Jones*   4/15/2008
GENERAL DELIVERY
900 BRENTWOOD DR., N.E.
WASHINGTON, D.C. 20090
No Telephone

## CERTIFICATE OF SERVICE

I DECLARE, UNDER THE PENALTY OF PERJURY, THAT ON 4/15/2008 THAT I HAND-DELIVERED, "MOTION TO RULE ON JURISDICTIONAL PLEA," TO THE COURT CLERK IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA WASHINGTON, D.C.

*Sammie Jones*   4/15/2008
GENERAL DELIVERY
900 BRENTWOOD DR., N.E.
WDC 20090.