**CLERK'S OFFICE**
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

Return to Sender
No longer at this
address

[Postmark: US Postage $00.41, MAR 27 2008, Mailed from ZIP Code 20001]

[Stamp: MAY 12 2008 — Nancy Mayer-Whittington, Clerk, US District Court, District of Columbia]

Samuel Jones
1246 New Jersey Ave. N.W.
Washington, DC 20001