UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAMMIE JONES, | ) | |
| | ) | |
|     Plaintiff, | ) | C. A. No.: 08-500 (HHK) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |
| | ) | |

### FIRST MOTION FOR ENLARGEMENT
### OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT

Defendant, by counsel, moves for a three week enlargement of time in which to respond to plaintiff's complaint. The requested enlargement is merited for the following reasons:

1. Undersigned counsel is working diligently on a dispositive motion responsive to plaintiff's complaint, but because of conflicting responsibilities in other matters, will not be able to complete this motion for filing on the present due date of June 23, 2008.

2. In addition, undersigned counsel has previously scheduled plans to be on annual leave out of town from June 26 to July 7, 2008.

3. Granting defendant additional time to complete a dispositive motion responsive to the allegations in plaintiff's complaint would be in the interests of justice and judicial economy.

4. Undersigned counsel was unable to contact plaintiff pro se to obtain his position on this request for additional time, because plaintiff has provided no phone number or e-mail address in his pleadings.

Wherefore, defendant, by counsel, moves that it be allowed to file its response to the complaint in this case on or before July 14, 2008.

Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


\_\_/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C.  20530
(202) 514-7236

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing was served on plaintiff by certified mail at the following address on this 19th day of June, 2008.


_____//_____
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAMMIE JONES, | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No.: 08-500 (HHK) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>ORDER</u>**

**UPON CONSIDERATION** of defendant's first motion for enlargement of time, it is hereby **ORDERED** that the motion is **GRANTED**. Defendant shall respond to Plaintiff's Complaint on or before July 14, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008.