UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAMMIE JONES, | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No.: 08-500 (HHK) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ERRATA**

Defendant hereby gives notice to Plaintiff and the Court of the filing of the attached corrected Certificate of Service for Defendant's First Motion for Enlargement of Time, filed on June 19, 2008 (Pacer Dkt. 11).  Defendants inadvertently omitted Plaintiff's address from the Certificate of Service in the June 19 filing.

Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


\_\_/s/_____
ALEXANDER D. SHOAIBI,
Assistant United States Attorney
5O1 Third Street, N.W., Rm E-4218
Washington, D.C.  20530
(202) 514-7236

## CERTIFICATE OF SERVICE

I hereby certify that on this  **19th**  day of June, 2008, I caused the foregoing **Defendant's Errata** to be served on plaintiff, postage prepaid, addressed as follows:

>Sammie Jones
>General Delivery
>900 Brentwood Dr., NE
>Washington, DC 20090

      /s/
ALEXANDER D. SHOAIBI
Assistant United States Attorney

Respectfully submitted,

\_\_\_/s\_/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


\_\_/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C.  20530
(202) 514-7236

Case 1:08-cv-00500-HHK   Document 12   Filed 06/19/2008   Page 3 of 4

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was served on plaintiff by certified mail at the following address on this 19th day of June, 2008.

        Sammie Jones
        General Delivery
        900 Brentwood Dr., NE
        Washington, DC 20090

                      _____//_____
                      ASSISTANT UNITED STATES ATTORNEY

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a copy of the foregoing Defendant's First Motion for Enlargement of Time was served on plaintiff by first class mail at the following address on this 19th day of June, 2008.

    Sammie Jones
    General Delivery
    900 Brentwood Dr., NE
    Washington, DC 20090


    _____//_____
    ASSISTANT UNITED STATES ATTORNEY