UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMMIE JONES,<br><br>    Plaintiff<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Action No. 08-0500 (HHK) |

**ORDER**

  Defendant filed a motion to dismiss on July 14, 2008. The Court issued an Order on July 16, 2008 advising plaintiff that the motion may be treated as conceded if he failed to file an opposition or other response to the motion by August 18, 2008. To date, plaintiff neither has filed an opposition nor has requested more time to do so. Mail sent by the Clerk of Court to plaintiff has been returned as undeliverable, and plaintiff has not notified the Clerk of his change of address as required by Local Civil Rule 5.1(e)(1).

  Accordingly, it is hereby

  ORDERED that defendant's Motion to Dismiss [Dkt. #14] is GRANTED AS CONCEDED, and it is further

  ORDERED that plaintiff's Motion for an Emergency Hearing [Dkt. #4], Motion to Recover Private Property [Dkt. #5], Motion for a Status of this Action and a Calendar or Schedule [Dkt. #6], and Motion to Rule on Jurisdictional Plea [Dkt. #8] are DENIED as moot. It is further

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

                                                /s/
                                HENRY H. KENNEDY, JR.
                                United States District Judge

DATE:  August 26, 2008